■ In the Matter of GEROME J. LEONE for Reinstatement.—Motion for reinstatement as a member of the Bar or for alternative relief denied in its entirety. Concur—Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.